UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/04/2024
```

NORMAL DELL,

                        Plaintiff,

  -against-

RICHMOND COMMUNITY SERVICES,

                       Defendant.

No. 23-cv-00170 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

    On November 17, 2023, this Court ordered Plaintiff to "show cause in writing on or before December 18, 2023 why this action should not be dismissed without prejudice for want of persecution pursuant to Fed. R. Civ. P. 41(b)." (ECF No. 22.) Plaintiff was warned that "[f]ailure to comply with this Court's present order will result in dismissal of this case for want of prosecution." (*Id.*) As of December 28, 2023, Plaintiff has not responded to this Court's November 17, 2023 Order to Show Cause. Accordingly, it is hereby

    ORDERED that Plaintiff's claims be dismissed without prejudice for want of prosecution. The Clerk of Court is respectfully directed to terminate the action at ECF No. 23 and to mail a copy of this Order to Plaintiff at Plaintiff's last known address and to show service on the docket.

    SO ORDERED.

Dated: January 4, 2024
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1